```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Cristian Sanchez,

                Plaintiff,

        –v–

City Sports USA Inc.,

                Defendant.

21-cv-3735 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The initial pretrial conference scheduled for August 20, 2021, at 3:15 p.m., is adjourned to September 3, 2021, at 3:15 p.m.

Further, in light of the COVID-19 public health crisis, the Court will not hold the upcoming conference in person. Per the Court's notice of initial pretrial conference, Dkt. No. 5, the parties are required to submit their proposed case management plan and joint letter by August 13, 2021. **In the joint letter, the parties should <u>advise the Court if they can do without a conference altogether</u>**. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone, which the parties can access by dialing (888) 363-4749 and entering access code 9196964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

    SO ORDERED.

Dated: August 10, 2021

                                                          _____

2

New York, New York                                            ALISON J. NATHAN
                                                              United States District Judge